STATE OF MAINE

YORK, ss.

SUPERIOR COURT
CIVIL ACTION
DOCKET NO. AP-03-050

~~GAC~~ ~~OK~~ — 1/5/200?

STEPHEN FOLLAND and
CINDY FOLLAND,

Plaintiffs

v.                                    ORDER                    DONALD L.
                                                              LAW

PHILIP FRENETTE,                                              JAN 30 2004

Defendant

This appeal from a Small Claims judgment in favor of the Follands was heard on December 30, 2003. The appeal is Denied.

The complaint seeks recovery of an earnest money deposit after a proposed real estate sale failed to be completed. The case was heard in the District Court, which awarded judgment in the sum of $2,000.00, plus costs to the Follands. As the appellant, Mr. Frenette has the obligation to provide the Superior Court with a record suitable for effective appellate review. In this case there is no transcript or statement of findings. Therefore, the appeal must fail. *Boothbay Register, Inc. v. Murphy*, 415 A.2d 1079 (Me. 1980).

Dated:      January 5, 2004

STEPHEN & CINDY FOLLAND - PLS (pro se)
MICHAEL J. O'TOOLE, ESQ. - DEF

G/Arthur Brennan
Justice, Superior Court